No. 87–661. NORTHWOOD NURSING & CONVALESCENT HOME, INC. v. CITY OF PHILADELPHIA BOARD OF REVISION OF TAXES.

Appeal from Pa. Commw. Ct. Motion of appellee for damages denied. Appeal dismissed for want of properly presented federal question. 